IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN MOLLEUR, on behalf of himself and others similarly situated, § § § | |
| Plaintiffs, § | |
| v. § | No. 1:22-cv-00777-JHR-SCY |
| § | |
| NES GLOBAL, LLC, § § | |
| Defendant. § | |

## NOTICE OF FILING STATE COURT RECORDS

Pursuant to Rule 81.1 of the District of New Mexico Local Civil Rules, Defendant NES Global, LLC ("Defendant") files this Notice of Filing State Court Records attaching all records and proceedings from the state court action filed against it by Plaintiff John Molleur in the First Judicial District Court of Santa Fe County, New Mexico, styled *John Molleur, on behalf of himself and others similarly situated v. NES Global, LLC*, No. D-101-CV-2022-01491, and removed to this Court on October 19, 2022: [*See* Dkt. 1].

1. Attached as **Exhibit A** is a legible copy of the Docket in the state court action, dated October 19, 2022;

2. Attached as **Exhibit B** is Plaintiff's Original Class Action Complaint, dated August 16, 2022;

3. Attached as **Exhibit C** is Plaintiff's Jury Demand, dated August 16, 2022; and

4. Attached as **Exhibit D** is the Return of Summons, dated September 19, 2022.

Dated:  October 21st, 2022

                Respectfully submitted,

                **BAKER & HOSTETLER LLP**

By:    */s/ Ashlee Cassman Grant*
        Ashlee Cassman Grant
        Federal Bar ID 22-268
        811 Main Street, Suite 1100
        Houston, TX  77002
        Phone: (713) 646-1364
        agrant@bakerlaw.com

        Amber L. Buckheister
        Federal Bar ID 22-254
        811 Main Street, Suite 1100
        Houston, TX  77002
        Phone: (713) 646-1375
        abuckheister@bakerlaw.com

        Justin A. Guilfoyle
        45 Rockefeller Plaza
        New York, NY 10111
        Phone: (212) 589-4607
        jguilfoyle@bakerlaw.com

        **ATTORNEYS FOR DEFENDANT**
        **NES GLOBAL, LLC**

4893-2400-2106.1

## **CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on October 21, 2022, upon counsel of record for Plaintiff.

*/s/ Ashlee Cassman Grant*

4893-2400-2106.1